**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 15, 2015

Hon. Jose L. Aliseda
Bee County District Attorney
111 S. St. Mary's St., Ste. 203
Beeville, TX 78102
* DELIVERED VIA E-MAIL *

Hon. Rick Holstein
Attorney At Law
819 North Upper Broadway
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00008-CR
Tr.Ct.No. B-14-2042-0-CR-B
Style:   Michael Cortez v. The State of Texas

Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of July 10, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch